Name: Carel Ale
Address: 321 East Second Street
City, State, Zip: Los Angeles, CA 90012
Phone: (213) 894-5186
Fax: (213) 894-0081
E-Mail: Carel_Ale@fd.org

☒ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:21-cr-00395-RGK |
| v. | |
| GONZALO RAMOS | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Gonzalo Ramos_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___08/08/2022___. Entered on the docket in this action on ___08/11/2022___.

~~A copy of said judgment or order is attached hereto.~~

08/11/2022                                /s/ Carel Ale
Date                                      Signature
                                          ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                              **NOTICE OF APPEAL**